ALLAN R. FRUMKIN, ESQ. (SB#50543)
LAW OFFICES OF ALLAN R. FRUMKIN, INC.
3268 PENRYN ROAD, SUITE 100
SAN RAMON, CA 94583
Telephone Number (916) 660-9298
Facsimile Number (916) 652-7380


Attorney for Plaintiff
E. MICHEAL RICH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CAIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| E. MICHEAL RICH, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>SOUTHWEST AIRLINES CO., A )<br>TEXAS CORPORATION DOING )<br>BUSINESS IN CALIFORNIA, and )<br>DOES 1-12, inclusive )<br>)<br>Defendants )<br>_____/ | CASE NO. 2:16-cv-00553-WSB-EFB<br><br>STIPULATION TO LIMIT PLAINTIFF RECOVERY AND REMAND MATTER BACK TO STATE COURT AND ~~PROPOSED~~ ORDER THEREON |

**STIPULATION TO LIMIT PLAINTIFF RECOVERY AND REMAND**

**MATTER BACK TO STATE COURT AND PROPOSED ORDER THEREON**

WHEREAS, on February 8, 2016, Plaintiff E. Micheal Rich, ("Plaintiff"), filed a Complaint for Personal Injury in Sacramento Superior Court, #34-2016-00190243;

WHEREAS, Defendant Southwest Airlines Co., ("Defendant"), filed a Notice of Removal to Federal District Court on March 15, 2016, #2:16-cv-005530-WBS-EFB;

WHEREAS, Plaintiff has agreed to limit his recovery to no greater than $75,000.00.

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that:

1. Plaintiff's recovery for the injuries complained of in the action of E. Micheal Rich vs. Southwest Airlines Co. shall be no greater than $75,000.00;

2. Based upon Plaintiff's agreement to limit his recovery to $75,000.00, or less, the parties agree that subject matter jurisdiction pursuant to 28 U.S.C. section 1441(b) no longer exists and that the case should be remanded to state court.

Dated: 4/18/16          **LAW OFFICES OF ALLAN R. FRUMKIN, INC.**

/s/_____
Allan R. Frumkin, Esq., Attorney for Plaintiff

Dated: 4/18/16          **THE RYAN LAW GROUP**

/s/_____
Timothy J. Ryan, Esq., Attorney for Defendant
Southwest Airlines Co.

## ORDER

Pursuant to the stipulation of facts set forth above, the Court orders this matter remanded to the Superior Court of California, County of Sacramento and the Clerk of the Court is ordered to administratively close the file in this case.

Dated: April 20, 2016          _____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO LIMIT PLAINTIFF RECOVERY AND REMAND
MATTER BACK TO STATE COURT AND PROPOSED ORDER THEREON
2